# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICHARD ROGERS, | : | Case No: 3:12cv00395 |
| Plaintiff, | : | |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington (By full consent of the parties) |
| WOEBER MUSTARD MANUFACTURING COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been informed by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

June 11, 2014

                                                        s/Sharon L. Ovington
                                                          Sharon L. Ovington
                                           Chief United States Magistrate Judge